IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM VAUGHN FREY,<br><br>        Plaintiff,<br><br>vs.<br><br>RURAL MEDIA GROUP, INC.,<br><br>        Defendant. | **8:20CV526**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 43). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with all parties to bear their own costs.

Dated this 29th day of July, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge